UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRACEY,** *et al.*                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                                    **No. 06-3238**

**C.B. FLEET HOLDING CO., INC.,** *et al.*                                            **SECTION:  I/2**

## ORDER AND REASONS

Before the Court is a motion, filed on behalf of defendants, C.B. Fleet Holding Company, Inc., and C.B. Fleet Company, Inc. (collectively, "Fleet"), to dismiss counts two, three, and four of the complaint filed by plaintiffs, Timothy and Brenda Bracey, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In counts two, three, and four of their complaint, plaintiffs assert claims based on enrichment without cause, violation of the Louisiana Unfair Trade Practices and Consumer Protection Act, and fraud and deceit, respectively.[1]  Fleet argues that plaintiffs' claims relate to products liability and that, therefore, plaintiffs are limited to the exclusive relief provided by the Louisiana Products Liability Act ("LPLA").  Plaintiffs have filed no opposition to defendants' motion, and the Court agrees with defendants' assessment of the law.  *See* La. Rev. Stat. § 9:2800.52 ("A claimant may not recover from a manufacturer for damage caused by a product on the basis of any theory of liability not set forth in [the LPLA]."); *Jefferson v. Lead Indus. Ass'n*, 106 F.3d 1245, 1250-51 (5th Cir. 1997); *Hilton v. Atlas Roofing*

---

[1]Rec. Doc. No. 1, pp. 11-16.

*Corp.*, No. 05-4204, 2006 U.S. Dist. LEXIS 30284, at *6 (E.D. La. May 17, 2006) (Africk, J.); *Lacey v. Bayer Corp.*, No. 02-1007, 2002 U.S. Dist. LEXIS 9647, at *4 (E.D. La. May 23, 2002) (Porteous, J.).

Accordingly,

**IT IS ORDERED** that defendants' motion to dismiss counts two, three, and four of plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure[2] is **GRANTED**, and these counts are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, November ___15th___, 2006.

*[signature]*

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[2] Rec. Doc. No. 3.